# Court of Appeals
# of the State of Georgia

ATLANTA,  April 19, 2019

*The Court of Appeals hereby passes the following order:*

## A19E0047. WILLIAMS v. WILLIAMS et al.

Upon consideration of Appellant Wesley B. Williams' "Application for Emergency Motion" filed April 18, 2019, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/19/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*